**Robert JACOBSEN, Plaintiff–Appellant,**

v.

**Matthew KATZER and Kamind Associates, Inc. (doing business as KAM Industries), Defendants–Appellees.**

**No. 2009–1221.**

United States Court of Appeals, Federal Circuit.

Feb. 22, 2010.

Victoria K. Hall, Bethesda, MD, David Floyd McGowan, Durie Tangri, LLP, San Francisco, CA, for Plaintiff–Appellant.

R. Scott Jerger, Field and Jerger, LLP, Portland, OR, for Defendants–Appellees.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).